FILED
US DISTRICT COURT
DISTRICT OF NEBRASKA

MAR 2 6 2026

OFFICE OF THE CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

PHIL SILOS,

      Plaintiff,

    vs.

UNION PACIFIC RAILROAD CO.,

      Defendant.

**8:23CV113**

**JURY QUESTION**

Question:    Does the judge make the final decision on whether or not Phil gets his job back?

Answer:    You have been instructed on the law that you need to decide this case. Please answer the questions on the verdict form as they have been presented to you.

Dated this 26th day of March, 2026.

BY THE COURT:

Susan M. Bazis
United States District Judge

Does the judge make the final decision on whether or not Phil gets his job back?