IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| PHIL SILOS, | |
| Plaintiff, | **8:23CV113** |
| vs. | |
| UNION PACIFIC RAILROAD CO., | **JUDGMENT** |
| Defendant. | |

Pursuant to the jury's verdict (Filing No. 117), judgment is entered for Plaintiff and against Defendant in the amount of $700,054.68, subject to revision pursuant to any rulings on post-trial motions or any awards of equitable relief.

Dated this 27th day of March, 2026.

BY THE COURT:

_____
Susan M. Bazis
United States District Judge